IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Willingham, Howard G | Case Number: 08 B 18118 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 7/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 0.00 |
| 2. | Orland Park Nissan | Secured | 30,896.00 | 0.00 |
| 3. | Acme Credit Services | Unsecured | 132.62 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 83.10 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 68.24 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 58.97 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 66.82 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 1,206.44 | 0.00 |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | American Collections & Credit | Unsecured | | No Claim Filed |
| 13. | American Collections & Credit | Unsecured | | No Claim Filed |
| 14. | Allied International Credit | Unsecured | | No Claim Filed |
| 15. | Debt Credit Service | Unsecured | | No Claim Filed |
| 16. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | CCA | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | I C Systems Inc | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Creditors Services Bureau | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | GC Services | Unsecured | | No Claim Filed |
| 25. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 26. | Harvard Collection Services In | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Willingham, Howard G

Printed: 11/25/08

Case Number: 08 B 18118
Judge: Goldgar, A. Benjamin
Filed: 7/15/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 28. | National City Bank | Unsecured | | No Claim Filed |
| 29. | Ntl Recovery | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 32. | Sec Check | Unsecured | | No Claim Filed |
| 33. | Paragon Way Inc | Unsecured | | No Claim Filed |
| 34. | HSBC Taxpayer Financial Services | Unsecured | | No Claim Filed |
| 35. | Midland Credit Management | Unsecured | | No Claim Filed |
| | | | $ 35,836.19 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

